UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00229-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NATALLIA VISHNEVSKAYA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On July 25, 2011, the Government filed an Application for Order under 26 U.S.C. § 6103(i)(4) to Disclose Return and Taxpayer Return Information (ECF No. 15). Defendant shall file a response to this application not later than **Friday, August 12, 2011.**

      Dated:  July 27, 2011